# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 1, 2018

Stephen J. Markman,
Chief Justice

154693 & (25)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

TERRELL ALBERT BISHOP,
      Plaintiff-Appellant,

v

SC: 154693
COA: 333757

DEPARTMENT OF CORRECTIONS DIRECTOR
and DEPARTMENT OF CORRECTIONS,
      Defendants-Appellees.

_____/

On order of the Court, the application for leave to appeal the September 22, 2016 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for appointment of counsel is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 1, 2018



Clerk

s0423